UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          No. 2:17-CR-20024-003

JOSE ALONSO GARCIA                                                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 173) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends that the Court deny Defendant's motion (Doc. 160) to vacate his sentence. No objections have been filed and the deadline to file objections has passed. The Court has conducted careful review of this case. The report and recommendation is proper and contains no clear error, and it is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 160) is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED on this 18th day of April, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE